**MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a federally-recognized Indian Tribe, Friends of the Everglades, Plaintiffs–Appellees,**

v.

**UNITED STATES of America, U.S. Environmental Protection Agency, Regional Administrator, EPA, Region IV, Lisa Jackson, Acting Administrator, Stanley Meigurg/EPA, Defendants–Appellants.**

No. 10–12751.

United States Court of Appeals, Eleventh Circuit.

Nov. 20, 2012.

Sonia Escobio O'Donnell, Jorden Burt, LLP, Bernardo Roman, III, Tribal Attorney for the Miccosukee Tribe, Paul J. Schwiep, Coffey Burlington, PC, David P. Reiner, Reiner & Reiner, PA, Miami, FL, John E. Childe, Dauphin, PA, for Plaintiff–Appellee.

Tamara N. Rountree, Katherine W. Hazard, Norman L. Rave, Jr., U.S. Department Of Justice–Environment & Natural Resources Division, Stephen J. Sweeney, U.S. Environmental Protection Agency, Washington, DC, Philip Mancusi–Ungaro, U.S. Environmental Protection Agency, Atlanta, GA, for Defendant–Appellant.

Before HULL and FAY, Circuit Judges, and WHITTEMORE,* District Judge.

---

* Honorable James D. Whittemore, United States District Judge, Middle District of Flori-
da, sitting by designation.

PER CURIAM:

After review and oral argument, we conclude that the Defendants–Appellants have not shown reversible error in the District Court's thorough and well-reasoned order, dated April 14, 2010, granting the Plaintiffs–Appellees' motion for attorneys' fees and also adopting the Magistrate Judge's thorough and well-reasoned report and recommendation, dated March 15, 2010, regarding those attorneys' fees.

**AFFIRMED.**